**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David B. Jones, ) | No. CV-07-0775-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Wal-Mart Stores, Inc., ) | |
| Defendant. ) | |

Pending before the Court is Plaintiff David B. Jones' ("Plaintiff") Motion for Leave to Amend Complaint. (Dkt. No. 9)

Rule 15(a) provides that a "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. In the present case, no responsive pleading has been served; thus, Plaintiff retains an automatic right to amend the pleadings single time.[1] Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (Dkt. No. 9) is **GRANTED**.

//

//

---

[1] Defendant has filed a Motion to Dismiss, which is not a responsive pleading within the meaning Rule 15(a). *See e.g., Shaver v. Operating Engineers Local 428 Pension Trust Fund*, 332 F.3d 1198 (9th Cir. 2003).

1  **IT IS FURTHER ORDERED** that the Clerk of Court shall file the lodged Proposed
2  First Amended Complaint. (Dkt. No. 10)
3  DATED this 28th day of June, 2007.

Stephen M. McNamee
United States District Judge