**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David B. Jones,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Inc., Wal-Mart Stores East, L.P.,<br><br>　　　　　Defendants. | No. CV-07-775-PHX-SMM<br><br>**ORDER** |

Pursuant to stipulation of the parties (Dkt. 24),

**IT IS HEREBY ORDERED** granting Defendants up to and including April 24, 2008 to respond to Plaintiff's First Set of Non-Uniform Interrogatories and First Request for Production of Documents.

**IT IS FURTHER ORDERED** that this extension shall not affect the deadlines set forth in the Scheduling Order (Dkt. 20, Order dated Jan. 8, 2008).

DATED this 16th day of April, 2008.

Stephen M. McNamee
United States District Judge