**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David B. Jones, ) | No. CV-07-775-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Wal-Mart Stores, Inc., Wal-Mart Stores ) East, L.P., ) | |
| Defendants. ) | |

Pursuant to stipulation of the parties (Dkt. 28),

**IT IS HEREBY ORDERED** granting Plaintiff up to and including **July 7, 2008** to respond to Defendant's First Set of Non-Uniform Interrogatories and First Request for Production of Documents.

**IT IS FURTHER ORDERED** that this extension shall not affect the deadlines set forth in the Scheduling Order (Dkt. 20, Order dated Jan. 8, 2008).

DATED this 1st day of July, 2008.

Stephen M. McNamee
United States District Judge