1 **WO**

2
3
4
5

6 IN THE UNITED STATES DISTRICT COURT
7 FOR THE DISTRICT OF ARIZONA
8

9 David B. Jones,                )   No. CV-07-775-PHX-SMM
                                 )
10                               )   **ORDER**
              Plaintiff,         )
11                               )
   v.                            )
12                               )
                                 )
13 Wal-Mart Stores, Inc., Wal-Mart Stores)
   East, L.P.,                   )
14                               )
              Defendants.        )
15                               )
                                 )
16

17     Before the Court is the parties' Joint Motion to Continue (Dkt. 34). The parties
18 state that they have engaged in written discovery and anticipate taking five to six
19 depositions after completing written discovery and document review. The parties further
20 state that they will not be able to complete written discovery and conduct depositions by
21 the current discovery cutoff deadline of September 19, 2008.
22     The Scheduling Order in this case expressly stated that it "contemplates that each
23 party will conduct discovery in such a manner as to complete, within the deadline, any
24 and all discovery. 'Last minute' or 'eleventh hour' discovery which results in insufficient
25 time to undertake additional discovery and which requires an extension of the discovery
26 deadline will be met with disfavor . . . ." (Dkt. 20, Order dated Jan. 8, 2008 at 2-3.) The
27 parties have been aware of the discovery and dispositive motion deadlines since the
28 Preliminary Pretrial Conference. Inability to complete discovery within the deadline does

1  not constitute good cause for extension, and no other justification is provided for the
2  requested extension.
3     Accordingly,
4     **IT IS HEREBY ORDERED** denying the parties' Joint Motion to Continue. (Dkt.
5  34.) The deadlines set forth in the Scheduling Order shall remain in effect.
6     DATED this 9th day of September, 2008.

Stephen M. McNamee
United States District Judge