**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David B. Jones, ) | No. CV-07-0775-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Wal-Mart Stores, Inc., et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is the parties Joint Motion to Extend Response and Reply Dates in Connection with Defendants' Motion for Summary Judgment (Dkt. 39). Plaintiff requests an additional eleven (11) days to respond to Defendants' motion for summary judgment because Plaintiff's counsel has a four-day jury trial starting on November 18, 2008. Furthermore, Plaintiff himself will be unavailable during the Thanksgiving holiday.

Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties Joint Motion to Extend Response and Reply Dates in Connection with Defendants' Motion for Summary Judgment (Dkt. 39).

**IT IS FURTHER ORDERED** that the last day for Plaintiff to file a response to the motion for summary judgment is extended to **December 15, 2008**.

**IT IS FURTHER ORDERED** that the last day for Defendants to file a reply to the motion for summary judgment is extended to **January 9, 2009**.

1 **IT IS FURTHER ORDERED** that all other provisions in the Scheduling Order dated January 8, 2008 (Dkt. 20) shall remain in effect.

DATED this 12th day of November, 2008.

_____
Stephen M. McNamee
United States District Judge